IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MESA DIGITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-21216- KMW/CMM |
| VERIFONE, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff MESA DIGITAL, LLC ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows: A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Mesa Digital, LLC
2. Verifone, Inc.
3. Ramey & Schwaller, LLP
4. William P. Ramey, III

DATED: April 19, 2022

Respectfully submitted,

/s/Victoria E. Brieant
Victoria E. Brieant (CA Bar No. 141519)
Law Office of Victoria E. Brieant, P.A.
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone: (305) 413-9026

**Attorney for Plaintiff**
**MESA DIGITAL, LLC**