UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-21216-WILLIAMS

MESA DIGITAL, LLC,

        Plaintiff,

v.

VERIFONE, INC.,

        Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Mesa Digital, LLC and Defendant VeriFone, Inc. (collectively, the "Parties") by and through their undersigned counsel, hereby file this motion to extend the deadlines in the Scheduling Order (ECF 26) entered by the Court. In support, the Parties state as follows:

1. The Parties submitted a proposed schedule on July 1, 2022. *See* ECF 21-1.

2. On October 5, 2022, the Court entered its Scheduling Order, accepting some of the Parties' proposed dates while extending other dates, including those affecting the Court's calendar. *See* ECF 26.

3. Based on the new dates set forth in the Court's Scheduling Order and the parties' continued discussions regarding potential resolution of this case, good cause exists and the Parties agree to the following proposed amendments to the Scheduling Order, which do not alter any dates affecting the Court's calendar:

| Current Date | Amended Proposed Date | Deadline |
|---|---|---|
| October 14, 2022 | No change | The Parties shall file motions to amend pleadings or join Parties. |
| October 28, 2022 | November 11, 2022 | Defendant shall disclose preliminary non-infringement and invalidity contentions. |
| November 4, 2022 | November 18, 2022 | The Parties shall exchange non-binding lists of proposed terms for claim construction. |
| November 11, 2022 | November 23, 2022 | The Parties shall exchange non-binding constructions of proposed claim construction terms. |
| November 18, 2022 | December 2, 2022 | The Parties shall file charts setting forth their claim constructions. |
| January 13, 2023 | No change | The Parties shall file opening claim construction briefs. |
| January 13, 2023 | No change | Plaintiff shall disclose final infringement contentions.  The Defendant shall disclose final invalidity contentions. |
| January 27, 2023 | February 3, 2023 | Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| February 3, 2023 | No change | The Parties shall file briefs in response to the opening claim construction briefs. |
| February 24, 2023 | No change | Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 10, 2023 | No change | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 17, 2023 | No change | The Parties shall exchange privilege logs compliant with Local Rule 26.1(e)(2)(B-C). |
| March 31, 2023 | No change | On or before this date, the Parties will conduct a conference in advance of the Claim Construction Hearing. |

| | | |
|---|---|---|
| April 11, 2023 | No change | The Court will conduct a **Claim Construction Hearing** at **11:00 A.M.** in Room 11-3 of the Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue in Miami, Florida. |
| April 28, 2023 | No change | The Parties shall complete all discovery, including expert discovery. |
| May 5, 2023 | No change | The Parties shall complete mediation and file a mediation report with the Court. |
| May 26, 2023 | No change | The Parties shall file all dispositive pre-trial motions and memoranda of law.  The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, Inc., 509 U.S. 579 (1993), or any another basis. |
| June 16, 2023 | No change | The Parties shall each file one motion *in limine* in accordance with Section IV (*see* ECF 26). All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| July 7, 2023 | No change | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e) and Section V (*see* ECF 26).  The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials) in accordance with Section VI (*see* ECF 26). |
| July 21, 2023 | No change | The Parties shall submit their deposition designations in accordance with Section VII (*see* ECF 26). |

WHEREFORE, the Parties request that this Honorable Court enter an Order granting the instant Motion, amending the deadlines set forth above.

Dated: October 13, 2022

*/s/ Victoria E. Brieant*
Victoria E. Brieant

Victoria E. Brieant (FL Bar No. 632961)
Law Office of Victoria E. Brieant, P.A.
400 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone:  (3015) 413-9026
Email:  victoria@brieantlaw.com

*Attorney for Mesa Digital, LLC*

Respectfully submitted,

*/s/ John Coy Stull*
John Coy Stull

John Coy Stull (FBN 15764)
jstull@carltonfields.com
**CARLTON FIELDS**
4221 W Boy Scout Blvd., Suite 1000
Tampa FL 33607
Tel.: (813) 229-4120


Carolyn Chang (admitted *pro hac vice*)
carolyn@martonribera.com
Shannon Kumagai (admitted *pro hac vice*)
shannonkumagai@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

*Attorneys for VeriFone, Inc.*

4

130988136.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        */s/ John Coy Stull*
        John Coy Stull

        Victoria E. Brieant
        Law Office of Victoria E. Brieant, P.A.
        4000 Ponce de Leon Boulevard, Suite 470
        Coral Gables, FL 33146
        Telephone: (305) 413-9026
        Email: victoria@brieantlaw.com