IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTIRCT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MESA DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:22-cv-21216-KMW |
| v. | ) |
| | ) |
| VERIFONE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT NOTICE OF MEDIATOR SELECTION AND MEDIATION CONFERENCE**

Plaintiffs and Defendant hereby give notice of mediator selection and date of mediation in compliance with this Court's Order. [ECF No. 29] The parties agreed to Jill Nexon Berman, Esq. as mediator in this case and the Zoom Mediation Conference with the Court's permission[1] to be held on December 7, 2022, at 9:30 a.m. Eastern Standard Time. A proposed order scheduling mediation is attached hereto as **Exhibit 1**. Counsel for Defendant have authorized counsel for Plaintiff to file this joint notice.

Dated: November 4, 2022.              Respectfully submitted,

By: */s/ Victoria E. Brieant*                By: */s/ John Coy Stull*
Victoria E. Brieant (FBN 632961)          John Coy Stull
Victoria@brieantlaw.com                  J. Coy Stull (FBN 15764)
Law Office of Victoria E. Brieant, P.A.    jstull@carltonfields.com
4000 Ponce de Leon Boulevard, Suite 470   **CARLTON FIELDS**
Coral Gables, FL 33146                    4221 W Boy Scout Blvd., Suite 1000
Telephone: (305) 413-9026                 Tampa FL 33607
                                          Tel.: (813) 229-4120

*Attorneys for the Plaintiff*
*Mesa Digital, LLC*

---

[1] The parties and counsel in this case are located throughout the state and country (California, Texas, Tampa, Miami). Accordingly, in the interests of judicial economy, the parties request the Court's permission to mediate the case through a Zoom Mediation Conference.

Carolyn Chang (admitted *pro hac vice*)
carolyn@martonribera.com
Shannon Kumagai (admitted *pro hac vice*)
shannonkumagai@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

*Attorneys for Defendant VeriFone, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing JOINT NOTICE OF MEDIATOR SELECTION AND MEDIATION CONFERENCE with the Clerk of the Court for the United States District Court of the Southern District of Florida by using the CM/ECF system and that service will be accomplished by the CM/ECF system on all counsel of record.

/s/ Victoria E. Brieant