UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-21216-CIV-WILLIAMS

MESA DIGITAL, LLC,

       Plaintiff,

v.

VERIFONE, INC.,

       Defendant.
_____/

## JOINT MOTION TO AMEND SCHEDULING ORDER FOR REMOVAL OF CLAIM CONSTRUCTION RELATED DEADLINES

Plaintiff Mesa Digital, LLC and Defendant VeriFone, Inc. (collectively, the "Parties") by and through their undersigned counsel, hereby file this joint motion to remove the claim construction related deadlines set forth in the Court's Amended Scheduling Order (ECF 29). In support, the Parties state as follows:

1.    On November 18, 2022, the Parties agreed all claim terms of the asserted patent should be construed in accordance with their plain and ordinary meaning and no claim terms required construction by the Court.

2.    On November 23, 2022, the Parties confirmed that no claim terms required construction by the Court.

Accordingly, the Parties jointly request that the Court remove the claim construction related dates from the Court's Amended Scheduling Order (ECF 29) as follows:

| Current Date | Deadline |
|---|---|
| ~~December 2, 2022~~ | ~~The Parties shall file charts setting forth their claim constructions.~~ |

| | |
|---|---|
| ~~January 13, 2023~~ | ~~The Parties shall file opening claim construction briefs.~~ |
| January 13, 2023 | Plaintiff shall disclose final infringement contentions.  Defendant shall disclose final invalidity contentions. |
| February 3, 2023 | Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| ~~February 3, 2023~~ | ~~The Parties shall file briefs in response to the opening claim construction briefs.~~ |
| February 24, 2023 | Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 10, 2023 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 17, 2023 | The Parties shall exchange privilege logs compliant with Local Rule 26.1(e)(2)(B-C). |
| ~~March 31, 2023~~ | ~~On or before this date, the Parties will conduct a conference in advance of the Claim Construction Hearing.~~ |
| ~~April 11, 2023~~ | ~~The Court will conduct a **Claim Construction Hearing** at **11:00 A.M.** in Room 11-3 of the Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue in Miami, Florida.~~ |
| April 28, 2023 | The Parties shall complete all discovery, including expert discovery. |
| May 5, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
| May 26, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law.  The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, Inc., 509 U.S. 579 (1993), or any another basis. |
| June 16, 2023 | The Parties shall each file one motion *in limine* in accordance with Section IV (*see* ECF 29). All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| July 7, 2023 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e) and Section V (*see* ECF 29).  The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials) in accordance with Section VI |

      (*see* ECF 29).

July 21, 2023     The Parties shall submit their deposition designations in accordance with Section VII (*see* ECF 29).

WHEREFORE, the Parties request that this Honorable Court enter an Order granting the instant Motion, removing the deadlines set forth above.

Dated: December 2, 2022        Respectfully submitted,

*/s/  Victoria E. Brieant*        */s/  John Coy Stull*
Victoria E. Brieant          John Coy Stull

Victoria E. Brieant (FL Bar No. 632961)   John Coy Stull (FBN 15764)
Law Office of Victoria E. Brieant, P.A.    jstull@carltonfields.com
400 Ponce de Leon Boulevard, Suite 470   **CARLTON FIELDS**
Coral Gables, FL 33146         4221 W Boy Scout Blvd., Suite 1000
Telephone:  (3015) 413-9026       Tampa FL 33607
Email:  victoria@brieantlaw.com      Tel.: (813) 229-4120

***Attorney for Mesa Digital, LLC***

                 Carolyn Chang (admitted *pro hac vice*)
                 carolyn@martonribera.com
                 Shannon Kumagai (admitted *pro hac vice*)
                 shannonkumagai@martonribera.com
                 **MARTON RIBERA SCHUMANN & CHANG LLP**
                 548 Market St., Suite 36117
                 San Francisco, CA 94104
                 Telephone: (415) 360-2515

                 ***Attorneys for VeriFone, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ John Coy Stull*
                John Coy Stull

                Victoria E. Brieant
                Law Office of Victoria E. Brieant, P.A.
                4000 Ponce de Leon Boulevard, Suite 470
                Coral Gables, FL 33146
                Telephone: (305) 413-9026
                Email: victoria@brieantlaw.com