UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-CV-21216-KMW

Mesa Digital, LLC,

    Plaintiff,

v.

Verifone, Inc.,

    Defendant.
_____/

*Mediator's Report*

This Report is being filed pursuant to S.D. Fla. Local Rule 16.2(f)(1).

1. Mediation was conducted by Jill Nexon Berman on December 7, 2022.
2. All required parties were present.
3. The case did not settle.

    Respectfully submitted,

    */s/ Jill Nexon Berman*
    Jill Nexon Berman, Certified Mediator
    Mediator No.: 12330FR
    **Berman Mediations**
    Tel: 305-493-8645
    jill@bermanmediations.com

Dated: December 8, 2021